**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UBER HERNANDEZ TORRES,**

      **Petitioner,**

**vs.**                                   **Case No. 4:17cv396-MW/CAS**

**U.S. IMMIGRATION AND
NATURALIZATION SERVICE, et al.,**

      **Respondents.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, was ordered to file a second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 8. Petitioner was given until December 12, 2017, to comply, *see* ECF Nos. 9-10, but as of this date, has not filed an amended petition as required.

Petitioner was warned that if he failed to comply with the Order to file the amended petition, a recommendation may be entered to dismiss this case. ECF Nos. 8, 10. As nothing has been received from Petitioner by the deadline provided, it appears that Petitioner has abandoned this litigation. This case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and for failure to comply with Court Orders.

**IN CHAMBERS** at Tallahassee, Florida, on December 19, 2017.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**