IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UBER HERNANDEZ TORRES,**

    **Petitioner,**

v.                               Case No. 4:17cv396-MW/CAS

**U.S. IMMIGRATION AND
NATURALIZATION SERVICE,
et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and for failure to comply with court orders." The Clerk shall close the file.

**SO ORDERED on January 26, 2018.**

                                                  s/Mark E. Walker              ____
                                                  **United States District Judge**